ACCEPTED
12-15-00151-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/31/2015 2:35:15 PM
CATHY LUSK
CLERK

NO. 12-15-00151

| | | |
|---|---|---|
| ROLAND ODOM | § | IN THE 12TH COURT OF APPEALS |
| | § | |
| V. | § | TYLER DIVISION |
| | § | |
| STATE OF TEXAS | § | STATE OF TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/31/2015 2:35:15 PM
CATHY S. LUSK
Clerk

## COUNSEL'S MOTION TO WITHDRAW

TO THE HONORABLE COURT OF APPEALS:

NOW COMES Counsel, having file Appellant's Brief finding no reversible errors, requests that he be allowed to withdraw from this appeal, pursuant to Rule 6.5 of the Texas Rules of Appellate Procedure, and for same would show as follows:

I.

*Anders* Brief Filed:

On 08-31-15, Counsel filed Appellant's Brief and reporter to the appellate court there absence of a reversible error and the waiver of the appeal by Appellant.

II.

Deadlines & Settings:

To Counsel's knowledge, there are no hearing set in this matter and there have been no announcements of pending submission dates.

III.

Client's Address:

Mr. Odom last known address is:

Roland I. Odom, Inmate No.: 00580038
Joe F. Gurney Transfer Unit
1385 FM 3328
Palestine, Texas 75803

1

## IV.

Letter to Client:

Counsel sent a copy of Appellant's Brief to Appellant and explained Appellant's rights regarding delivery of the records in the case; his right to object to Appellant's Brief prepared by Counsel; and his right to submit his own Brief to this Court.

## V.

Requested Relief:

Counsel requests permission to withdraw from the representation of Appellant.

## VI.

Conference:

Counsel would show that he conferred with opposing counsel and this Request is presented as UNOPPOSED.

## VII.

Certificate of Compliance (TRAP, Rule 9.4 (i)(3)):

Counsel certified that this document was prepared using WORD format and the word-count in this documents is 364.

_____
STEN M. LANGSJOEN

2

WHEREFORE, PREMISES CONSIDERED, Counsel requests that this Motion be granted.

Respectfully submitted,

_____
STEN M. LANGSJOEN
Attorney for Appellant
P.O. Box 539
Tyler, Texas 75710
Telephone: (903) 531-0171
Telefax: (903) 531-0187
TBA # 11922800

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered by certified mail, return receipt requested, and/or by "fax" transmission and/or by hand-delivery to District Attorney, Cherokee County, Texas, and was delivered by certified mail, return receipt requested, and by regular mail to Inmate Roland Odom, on this 31st day of August 2015.

_____
STEN M. LANGSJOEN